UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Case No. 3:01-mc-00044-SRU

IN RE APPLICATION OF VIKTOR KOZENY
FOR JUDICIAL ASSISTANCE PURSUANT TO
28 U.S.C. § 1782

### NOTICE OF MANUAL FILING

Please take notice Applicant Viktor Kozeny has manually filed the following document:

1.    Declaration of Jacob A. Hill with supporting Exhibits identifying pleadings and exhibits in support of this Application.

This document is not being filed on disk in pdf. format because the electronic file size of the filings greatly exceed 1.5 megabytes.

Dated:  May 16, 2008

ROBINSON & COLE LLP

By: William J. Kelleher III
    William J. Kelleher III
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599
Email: wkelleher@rc.com

STAM1-859430-1

## CERTIFICATION

I hereby certify that the foregoing was filed with the Court electronically and served on all counsel of record listed below via the electronic court filing (ECF) system and served by mail on anyone unable to accept electronic filing or emails on this 16th day of May, 2008. Notice of this filing will be sent by email to all parties by generation of the Court's ECF system and by mail on anyone unable to receive email. Parties may access this filing through the Court's CM/ECF system.

James E. Nesland, Esq.
Cooley Godward Kronish LLP
380 Interlocken Crescent
Suite 900
Broomfield, Colorado  80021-8023

/s/ William J. Kelleher III
William J. Kelleher III

2.