UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Case No. 3:01-mc-00044-SRU

IN RE APPLICATION OF VIKTOR KOZENY
FOR JUDICIAL ASSISTANCE PURSUANT TO
28 U.S.C. § 1782

**ORDER DIRECTING DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Upon consideration of the Application for an Order Directing Document Discovery from Frederic Bourke Pursuant to 28 U.S.C. § 1782 and Supporting Brief submitted by Viktor Kozeny ("Application"), it appears that the requirements of 28 U.S.C. § 1782 have been satisfied. Accordingly, it is

HEREBY ORDERED that the Application is granted to the extent set forth below; and it is

FURTHER ORDERED that Kozeny's U.S. counsel Cooley Godward Kronish LLP is appointed a Commissioner of the Court for purposes of 28 U.S.C. § 1782 and is authorized pursuant to that statute to issue the subpoena to non-party witness Frederic Bourke ("Witness") in the form attached as Exhibit A to the Application; and it is

FURTHER ORDERED that the Witness is directed to respond to said subpoena in accordance with the Federal Rules of Civil Procedure, and it is

FURTHER ORDERED that Cooley Godward Kronish LLP shall deliver copies of this Order and any subpoena issued pursuant to this Order to the parties to the foreign proceeding identified in the Application.

Dated: _____, 2008

BY THE COURT:

_____
United States District Court Judge

295743 v1/CO